**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 00-1735**

NEWPORT NEWS SHIPBUILDING AND DRY DOCK
COMPANY,

                                                Petitioner,

        versus

VON PATRICK; DIRECTOR, OFFICE OF WORKERS' COM-
PENSATION PROGRAMS, UNITED STATES DEPARTMENT
OF LABOR,

                                           Respondents.

On Petition for Review of an Order of the Benefits Review Board.
(99-789, 00-291)

Submitted: December 29, 2000     Decided: January 18, 2001

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Cir-
cuit Judge.

Affirmed by unpublished per curiam opinion.

Jonathan H. Walker, MASON, COWARDIN & MASON, Newport News, Vir-
ginia, for Petitioner. Gregory Edward Camden, MONTAGNA, KLEIN &
CAMDEN, L.L.P., Norfolk, Virginia, for Respondents.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Newport News Shipbuilding and Dry Dock Company seeks review of the Benefits Review Board's decision and order affirming the Administrative Law Judge's and District Director's orders awarding attorney's fees to claimant's counsel pursuant to the Longshore and Harbor Workers Compensation Act, 33 U.S.C.A. §§ 901-950 (West 1986 & Supp. 2000). Our review of the record discloses that the Board's decision is without reversible error. Accordingly, we affirm on the reasoning of the Board. <u>Newport News Shipbuilding and Dry Dock Co. v. Von Patrick</u>, Nos. 99-789, 00-291 (BRB Apr. 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2